

Office Of The Clerk

# Court of Appeal, First Circuit
State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

Post Office Box 4408
Baton Rouge, LA
70821-4408
(225) 382-3000

## Notice of Judgment and Disposition

June 16, 2025

Docket Number: 2025 - KW - 0360

State Of Louisiana
    versus
Jamal Austin Variste

TO:   Hillar C. Moore III
EBR District Attorney
222 St. Louis Street
5th Floor
Baton Rouge, LA 70802
lori.olinde@ebrda.org

Jamal Austin Variste
Louisiana State Penitentiary
RC Lower B/Hawk-D
Angola, LA 70712

Hon. Gail Horne Ray
19th Judicial District
300 North Boulevard, Suite 6
Baton Rouge, LA 70802

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMAL A. VARISTE

NO. 2025 KW 0360

**JUNE 16, 2025**

---

In Re:    Jamal A. Variste, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          03-14-0058.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

                              **PMc**
                              **HG**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
          FOR THE COURT